# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Magistrate Case No. ___17- 9086___

v.

**ORDER**

Bernadette  Mainar

    The financial ability of the defendant to retain counsel having been established by the

Court, and the defendant not having waived the appointment of counsel,

    IT IS on this ___13th___ day of ___April___, 2017

    ORDERED that the Office of the Federal Public Defender for the District of New

Jersey is hereby appointed to represent said defendant in this cause until further Order of the

Court.

_____

HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

F A